## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## Civil Action No. 2:15-cv-01035-MRH-MPK

| | |
|---|---|
| DAVID G. VEHEC and GIGI C. VEHEC on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASSET ACCEPTANCE, LLC,<br>BANK OF AMERICA CORPORATION,<br>BANK OF AMERICA, N.A.,<br>ENCORE CAPITAL GROUP, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION FOR ADMISSION PRO HAC <u>VICE OF JOHN H. COBB</u>** |

  John H. Cobb, undersigned counsel for Bank of America Corporation and Bank of America, N.A. (collectively, "Bank of America"), hereby moves that John H. Cobb be admitted to appear and practice in this Court pro hac vice as counsel for Bank of America in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

  In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of John H. Cobb filed herewith, which it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

  Respectfully submitted this the 2nd day of November, 2015.

-2-

        ***/s/ John H. Cobb***
        John H. Cobb
        North Carolina Bar No. 17052
        WINSTON & STRAWN LLP
        100 North Tryon Street – 29th Floor
        Charlotte, NC 28202-1078
        P: 704-350-7731
        F: 704-350-7800
        jcobb@winston.com

*Counsel for Bank of America Corporation and Bank of America, N.A.*

## CERTIFICATE OF SERVICE

A copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE OF JOHN H. COBB has this day been forwarded via the Court's Electronic Case Filing System to:

>Mark G. Moynihan, Esq.
>mark@moynihanlaw.net
>*Counsel for Plaintiffs*
>
>Danielle M. Vugrinovich, Esq.
>DMVugrinovich@MDWCG.com
>*Counsel for Defendants Asset Acceptance, LLC*
>*and Encore Capital Group, Inc.*

Dated:  November 2nd, 2015

>*/s/ John H. Cobb*
>John H. Cobb
>
>*Counsel for Bank of America Corporation and Bank of America, N.A.*