UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
Civil Action No. 2:15-cv-01035-MRH-MPK

| | |
|---|---|
| DAVID G. VEHEC and GIGI C. VEHEC on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ASSET ACCEPTANCE, LLC,<br>BANK OF AMERICA CORPORATION,<br>BANK OF AMERICA, N.A.,<br>ENCORE CAPITAL GROUP, INC.<br><br>        Defendants. | **MOTION FOR ADMISSION PRO HAC VICE OF MORGAN E. STEWART** |

Morgan E. Stewart, undersigned counsel for Bank of America Corporation and Bank of America, N.A. (collectively, "Bank of America"), hereby moves that Morgan E. Stewart be admitted to appear and practice in this Court pro hac vice as counsel for Bank of America in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Morgan E. Stewart filed herewith, which it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted this the 2nd day of November, 2015.

*/s/ Morgan E. Stewart*
Morgan E. Stewart
North Carolina Bar No. 44830
WINSTON & STRAWN LLP
100 North Tryon Street – 29th Floor
Charlotte, NC 28202-1078
P: 704-350-7723
F: 704-350-7800
mstewart@winston.com

*Counsel for Bank of America Corporation and Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE OF MORGAN E. STEWART has this day been forwarded via the Court's Electronic Case Filing System to:

>Mark G. Moynihan, Esq.
>mark@moynihanlaw.net
>*Counsel for Plaintiffs*
>
>Danielle M. Vugrinovich, Esq.
>DMVugrinovich@MDWCG.com
>*Counsel for Defendants Asset Acceptance, LLC*
>*and Encore Capital Group, Inc.*

Dated: November 2nd, 2015

>>*/s/ Morgan E. Stewart*
>>Morgan E. Stewart
>>
>>*Counsel for Bank of America Corporation*
>>*and Bank of America, N.A.*

CHL:95107.1